UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| Vanessa Tucker,<br><br>v.<br><br>Harcros Chemicals Inc.;<br>Philips Electronics North America Corporation;<br>Koninklijke Philips N.V.;<br>Elementis Chemicals, Inc.;<br>Elementis PLC, and<br>ABC Corporations (1-5). | Case No. 26-3090 |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for Philips North America LLC (f/k/a Philips Electronics North America Corporation), Amicus Curiae, in the above-captioned case.

Dated: October 5, 2026

*/s/ John McGahren*
John McGahren
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
(609) 919-6641 (phone)
(877) 432-9652 (fax)
john.mcgahren@morganlewis.com

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

---

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

☒ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Jamie L. Huffman
Morgan, Lewis & Bockius, LLP - Dallas
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
214-466-4115
Fax: 214-466-4001
Email: jamie.huffman@morganlewis.com

Kelly Campbell
Michael W. Seitz
Spencer Fane, LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-292-8885
Fax: 816-474-3216
Email: kcampbell@spencerfane.com
Email: mseitz@spencerfane.com

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

October 5, 2026
Date

*/s/ John McGahren*
Signature

**CERTIFICATE OF SERVICE**

I hereby certify that all other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case.

October 5, 2026
Date

*/s/ John McGahren*
Signature