UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 28, 2026

Jan Timothy Chilton
Severson & Werson
595 Market Street, Floor 26
San Francisco, CA 94105

Ashley Marie Crisafulli
Megan McCurdy
Brett A. Shanks
Stinson
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

**RE: 26-3090, Tucker v. Harcros Chemicals**
Dist/Ag docket: 2:25-CV-02569-KHV-ADM

Dear Counsel:

Appellee's brief is deficient because:

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. *See* 10th Cir. R. 28.2(C)(3).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Noah Heinz
Robert L. Kinsman

CMW/sls