UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 14, 2026

Ms. Debra J Carfora
Randall M. Levine
Morgan Lewis & Bockius
1111 Pennsylvania Avenue Northwest
Washington, DC 20004

Jan Timothy Chilton
Severson & Werson
595 Market Street, Floor 26
San Francisco, CA 94105

Ms. Ashley Marie Crisafulli
Ms. Megan McCurdy
Mr. Brett A. Shanks
Stinson
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

Mr. Noah Heinz
Pak Heinz
20 F Street NW, 7th Floor
Washington, DC 20001

Robert L. Kinsman
Krause & Kinsman
93 Francisco Escudero, Suite 1002
Dorado, PR 00646

John McGahren
Morgan Lewis & Bockius
502 Carnegie Center, 2nd Floor
Princeton, NJ 08540

Mr. Scott T. Schutte
Morgan Lewis & Bockius
110 North Wacker Drive, Suite 2800
Chicago, IL 60606

**RE: 26-3090, Tucker v. Harcros Chemicals**
Dist/Ag docket: 2:25-CV-02569-KHV-ADM

Dear Counsel:

The paper copies of appellee's brief are deficient.

The paper copies are not exact replicas of the electronic filing(s). Specifically, the paper copies of the deficient response brief (Dkt. No. 36). Please send paper copies of the accepted response brief (Dkt. No. 40). *See* the Court's CM/ECF User Manual at Section III(E) and 10th Cir. R. 31.5.

You must file seven corrected paper copies within three days of the date of this notice. Failure to do so may result in dismissal of this appeal. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/ssb