UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 14, 2026

Mr. Noah Heinz
Pak Heinz
20 F Street NW, 7th Floor
Washington, DC 20001

Robert L. Kinsman
Krause & Kinsman
93 Francisco Escudero, Suite 1002
Dorado, PR 00646

**RE: 26-3090, Tucker v. Harcros Chemicals**
Dist/Ag docket: 2:25-CV-02569-KHV-ADM

Dear Counsel:

The paper copies of appellant's brief are deficient.

The color of the cover of the brief is incorrect. *See* Fed. R. App. P. 32(a)(2) and Fed. R. App. P. 28.1(d).

Text may be printed on only one side of the paper. *See* Fed. R. App. P. 32(a)(1)(A).

You must file seven corrected paper copies of appellant's opening brief within three days of the date of this notice. Failure to do so may result in dismissal of this appeal. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at